LESLIE APRK, ESQ.
Nevada Bar No. 8870
630 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-3847
Attorney for Elias Samaha

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: 2:12-CR-00004-APG-GWF |
| Plaintiff, | ) |
| vs. | ) |
| ELIAS SAMAHA | ) |
| Defendants | ) |

### STATUS REPORT

Comes Now, Elias Samaha by and through counsel, Leslie A. Park, Esq., and submits the following status report.

1. ISSUES REGARDING TRIAL

    A. Counsel has discussed the current offer from the Government with Mr. Samaha.

    B. Counsel and the Government are still in plea negotiations.

    C. Counsel would need to continue the current trial date to continue negotiations.

2. ISSUES REGARDING DISCOVERY

    A. Counsel believes that there are no current deficiencies regarding discovery and that there is a pending additional 40 DVD discs that will be available to inmates at CCA.

      B. Mr. Samaha will not be able to view those disks as he is housed in the Henderson Detention Center

      C. Counsel reserves the right to file motions for discovery if the need arises.

DATED this 16th day of October, 2013

                                                /Leslie A. Park/
                                          Leslie A. Park
                                          Nevada Bar No. 8870
                                          630 South Seventh Street
                                          Las Vegas, Nevada 89101
                                          (702) 382-3847
                                          Attorney for Defendant Samaha