UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ELIAS LEE SAMAHA,<br><br>                Defendant. | Case No. 2:12-cr-00004-APG-GWF<br><br>**ORDER**<br><br>**Motion to Allow Defendant Access to Discovery - 652** |

**IT IS HEREBY ORDERED** that the Elias Lee Samaha detained in the Southern Nevada Detention Center may have access to computers not connected to the internet which allow for defense counsel to provide an external hard drive(s) allowing Defendant to review discovery.

**IT IS FURTHER ORDERED** that Elias Lee Samaha is not to take notes during his viewing of the discovery or print any of the material.

DATED this 31st day of March, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge