# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:12-cr-00004-APG-GWF |
| vs. | **ORDER** |
| ELIAS SAMAHA, | |
| Defendant. | |

This matter is before the Court on Leslie A. Park's Motion to Withdraw as Counsel of Record (#957), filed on March 26, 2015.

Leslie Park represents Defendant Elias Samaha, and requests to be removed from the case before the appeal begins. Counsel makes no representations that this motion was served on the Defendant. Accordingly,

**IT IS HEREBY ORDERED** that Leslie A. Park's Motion to Withdraw as Counsel of Record (#957) is **denied** without prejudice.

**DATED** this 30th day of March, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge